IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CURTIS IRVEN TYNER,

   Plaintiff,

  v.

PAUL HOWARD, JR., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-4341-TWT

**ORDER**

This is a pro se civil rights action arising out of the Defendant's prosecution for murder by the Fulton County District Attorney's Office. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for failure to state a claim.

SO ORDERED, this 10 day of February, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Tyner\r&r.wpd